UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY SPIVEY JR.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MYLLES, et al.,<br><br>　　　　　　Defendants. | Case No. 5:24-cv-01536-JLS (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge. (ECF No. 13.)

///
///
///
///
///
///
///
///
///

Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT THEREFORE IS ORDERED** that:

(1) The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

(2) The named Defendants are **DISMISSED** in their official capacities with prejudice;

(3) Does 11–99 are **DISMISSED** in their individual and official capacities without prejudice;

(4) Plaintiff's action will **PROCEED** as to all other claims.

DATED: August 3, 2025

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE