**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICKEY SPIVEY JR., <br><br> Plaintiff, <br><br> v. <br><br> MYLLES, et al., <br><br> Defendants. | Case No. 5:24-cv-01536-JLS-MAA <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint ("SAC," ECF No. 12); the briefs and documents filed in support of and in opposition to the Motion to Dismiss SAC ("Motion," ECF No. 22); and the Report and Recommendation of United States Magistrate Judge ("R&R," ECF No. 36).

**IT THEREFORE IS ORDERED** that:

(1)     The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

///

///

///

(2)   The Moton is **GRANTED IN PART AND DENIED IN PART** as follows:

    a.   Plaintiff's state law claims are **DISMISSED with prejudice**;

    b.   Plaintiff's Eighth Amendment excessive force claim shall proceed.

DATED: March 30, 2026

_____
HONORABLE JOSEPINE L. STATON
UNITED STATES DISTRICT JUDGE

2